# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TERRACE HOUSING ASSOCIATES, LTD. | CIVIL ACTION |
| TERRACE HOUSING ASSOCIATES, LTD. | NO. 17-5458 |
| *Appellant-Debtor* | |
| v. | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT *Appellee* | |

# ORDER

AND NOW, this 3rd day of December 2018, upon consideration of the *Brief of Appellant Terrace Housing Associates, Ltd.*, [ECF 6], the *Brief of Appellee United States Department of Housing and Urban Development*, [ECF 7], and the *Reply Brief of Appellant*, [ECF 9], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, this matter is **REMANDED** for further consideration and clarification consistent with the accompanying Memorandum Opinion.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*